Lars K. Evensen
Nevada Bar No. 8061
Jenapher Lin
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Defendant Medicreations, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDICREATIONS, LLC, a New York limited liability company,<br><br>Defendant. | Case No.: 2:24-cv-00855-GMN-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

Defendant MEDICREATIONS, LLC ("Medicreations") and Plaintiff HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC ("Hydrafacial"), by and through their respective undersigned counsel of record, the law firm of Holland & Hart LLP and the law firms of Weide & Miller, LTD and Knobbe, Martens, Olson & Bear, LLP, hereby respectfully submit this Stipulation and Order Extending Deadline to Respond to Complaint (First Request) and stipulate and agree to a seventeen (17)-day extension of the current deadline (from June 11, 2024 to June 28, 2024) for Medicreations to answer or otherwise respond to Hydrafacial's Complaint (ECF No. 1), which is the first requested extension, as follows:

    1.    On May 6, 2024, Hydrafacial filed its Complaint (ECF No. 1).

    2.    Medicreations' answer or responsive pleading to Hydrafacial's Complaint is currently due by June 11, 2024 under FRCP 12(a)(1)(A)(i), which provides that a "defendant must serve an answer: (i) within 21 days after being served with the summons and complaint[.]"

1

3. Medicreations is in the process of investigating and assessing the allegations and claims set forth in the underlying Complaint.

4. The Parties hereby stipulate and agree to extend the current deadline for Medicreations to answer or otherwise respond to Hydrafacial's Complaint (ECF No. 1) by seventeen (17)-days from June 11, 2024 to **June 28, 2024**.

5. This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

DATED this 7th day of June 2024.

| HOLLAND & HART LLP | WEIDE & MILLER, LTD |
|---|---|
| /s/ *Lars K. Evensen* | /s/ *F. Christopher Austin* |
| Lars K. Evensen<br>Jenapher Lin<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | F. Christopher Austin<br>Nev. Bar No. 6559<br>10655 Park Run Drive, Suite 100<br>Las Vegas NV 89144<br>T: (702) 382-4804/F: (702) 382-4805<br>caustin@weidemiller.com |
| *Attorneys for Defendant Medicreations, LLC* | Ali S. Razai*<br>Benjamin J. Everton*<br>Robert W. Servilio *<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main St., 14th floor<br>Irvine, CA 92614<br>T: (949) 760-0404/F: (949) 760-9502<br>ali.razai@knobbe.com<br>ben.everton@knobbe.com<br>robert.servilio@knobbe.com<br>*Pro Hac Vice to be filed<br><br>*Attorneys for Plaintiff Hydrafacial LLC* |

**IT IS SO ORDERED:**

_____
JUDGE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED:  06-18-24

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June 2024, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT (FIRST REQUEST)** was served by the following method(s):

☑ <u>Electronic</u>: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

F. Christopher Austin
Nev. Bar No. 6559
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805
caustin@weidemiller.com

Ali S. Razai (*Pro Hac Vice to be filed*)
Benjamin J. Everton (*Pro Hac Vice to be filed*)
Robert W. Servilio (*Pro Hac Vice to be filed*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main St., 14th floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
ali.razai@knobbe.com
ben.everton@knobbe.com
robert.servilio@knobbe.com

*Attorneys for Plaintiff Hydrafacial LLC*

/s/ CM Wrangham
An Employee of Holland & Hart LLP