Lars K. Evensen
Nevada Bar No. 8061
Jenapher Lin
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

Teague I. Donahey (*Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, Idaho 83702
Phone: 208.342.5000
Fax: 208.343.8869
tidonahey@hollandhart.com

Steven Tepera (*Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX 78701
Phone: 512.580.9651
Fax: 512.879.9347
steven.tepera@pillsburylaw.com

*Attorneys for Defendant Medicreations, LLC*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC, a California limited liability company,

Plaintiff,

v.

MEDICREATIONS, LLC, a New York limited liability company,

Defendant.

Case No.: 2:24-cv-00855-GMN-DJA

**STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER FIRST AMENDED COMPLAINT (FIRST REQUEST)**

Defendant MEDICREATIONS, LLC ("Medicreations") and Plaintiff HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC ("Hydrafacial"), by and through their respective undersigned counsel of record, the law firms of Holland & Hart LLP and Pillsbury Winthrop Shaw Pittman LLP and the law firms of Dickinson Wright PLLC and Morgan, Lewis & Bockius LLP,

hereby respectfully submit this *Stipulation and Order Extending Deadline to Respond to First Amended Complaint (First Request)* and stipulate and agree to a fourteen (14)-day extension of the current deadline (from March 14, 2025 to March 28, 2025) for Medicreations to answer Hydrafacial's *First Amended Complaint* (ECF No. 20) to the extent not dismissed by the Court's *Order* (ECF No. 26), which is the first requested extension, as follows:

1. On July 12, 2024, Hydrafacial filed its *First Amended Complaint* (ECF No. 20).

2. On July 26, 2024, Medicreations filed its *Motion to Dismiss* (ECF No. 22).

3. On August 9, 2024, Hydrafacial filed its *Opposition* to the Motion to Dismiss (ECF No. 23), to which Medicreations replied on August 16, 2024 (ECF No. 24).

4. On February 28, 2025, the Court entered its *Order Granting in part Defendant's Partial Motion to Dismiss* (ECF No. 26), wherein the Court ordered that "Plaintiff is given leave to amend its willful and indirect infringement claims relating to the Shadduck Patents and Demand Letter Patents. Plaintiff's claims for indirect infringement of the '477 and '287 Patents for actions occurring before the Complaint and FAC were filed, and for willful infringement of the '477 and '287 Patents, are dismissed without leave to amend." (ECF No. 20 at 12).

5. Pursuant to the Court's Order, "Plaintiff may have 21 days from the date of this Order to file an amended complaint" (ECF No. 20 at 12)—*i.e.*, on or before March 21, 2025.

6. Hydrafacial has indicated that at this juncture, it does not intend on filing a second amended complaint.

7. Federal Rule of Civil Procedure 12(a)(4)(A) requires that Medicreations respond to the claims in the First Amended Complaint that survived the Court's Order (ECF No. 20) within "14 days after notice" thereof—*i.e.*, by March 14, 2025.

8. While Hydrafacial does not intend to file a second amended complaint, to ensure that Medicreations' response date falls after the date within which Hydrafacial could amend its complaint, the Parties hereby stipulate and agree to extend the current deadline for Medicreations to answer Hydrafacial's First Amended Complaint (ECF No. 20) from March 14, 2025 to **March 28, 2025.**



HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

9. This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

DATED this 12th day of March 2025.

HOLLAND & HART LLP

*/s/ Lars K. Evensen*
Lars K. Evensen
Jenapher Lin
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Teague I. Donahey (*Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, Idaho 83702

Steven Tepera (*Pro Hac Vice*)
PILLSBURY WINTHROP
SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX 78701

*Attorneys for Defendant Medicreations, LLC*

/s/ *Benjamin J. Everton*
Michael N. Feder
Nevada Bar No. 7332
Kevin D. Everage
Nevada Bar No. 15913
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: 702-550-4400
Fax: 844-670-6009
MFeder@dickinson-wright.com
KEverage@dickinson-wright.com

Ali S. Razai (*Pro Hac Vice*)
Benjamin J. Everton (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: (714) 830-0600
Fax: (714) 830.700
ali.razai@morganlewis.com
ben.everton@morganlewis.com

*Attorneys for Plaintiff Hydrafacial LLC*

**IT IS SO ORDERED:**

JUDGE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/13/2025

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March 2025, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER FIRST AMENDED COMPLAINT (FIRST REQUEST)** was served by the following method(s):

☑ Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Michael N. Feder
Nevada Bar No. 7332
Kevin D. Everage
Nevada Bar No. 15913
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: 702-550-4400
Fax: 844-670-6009
MFeder@dickinson-wright.com
KEverage@dickinson-wright.com

Ali S. Razai (*Pro Hac Vice*)
Benjamin J. Everton (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: (714) 830-0600
Fax: (714) 830.700
ali.razai@morganlewis.com
ben.everton@morganlewis.com

*Attorneys for Plaintiff Hydrafacial LLC*

/s/ TLPond
An Employee of Holland & Hart LLP



HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134