**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel:   702-550-4400
Fax:   844-670-6009
MFeder@dickinsonwright.com
KEverage@dickinson-wright.com

**MORGAN, LEWIS & BOCKIUS LLP**
Ali S. Razai (*Pro Hac Vice*)
Benjamin J. Everton (*Pro Hac Vice*)
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: (714) 830-0600
Fax: (714) 830.700
ali.razai@morganlewis.com
ben.everton@morganlewis.com

*Attorneys for Plaintiff Hydrafacial LLC, formerly known as Edge Systems LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDICREATIONS LLC, a New York limited liability company,<br><br>Defendant. | Case No. 2:24-cv-00855-GMN-DJA<br><br>**PLAINTIFF HYDRAFACIAL LLC'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

TO: THE HONORABLE COURT

TO: ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD

1

1  Pursuant to Local Rule IA 11-6, the law firms of Dickinson Wright PLLC and Morgan, Lewis & Bockius LLP, respectfully move the Court for an Order removing attorney Robert W. Servilio (*Pro Hac Vice*, CA Bar No. 347114), formerly with the law firm of Knobbe, Martens, Olson & Bear LLP, from the service list in this matter. Knobbe, Martens, Olson & Bear LLP is no longer counsel for Plaintiff Hydrafacial LLC in this case. *See* ECF Nos. 29 and 34. Further, according to the California State Bar website, Robert W. Servilio is no longer with the firm Knobbe, Martens, Olsen & Bear LLP and is now with the U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201-5028. There is no email address on file for Robert W. Servilio with the California State Bar.

Michael N. Feder, Esq. and Kevin D. Everage, Esq. filed a Notice of Substitution of Local Nevada Counsel on Behalf of Plaintiff Hydrafacial LLC [ECF Nos. 29 and 34] and are local counsel of record along with lead counsel Ali S. Razai, Esq. (*Pro Hac Vice*) and Benjamin J. Everton, Esq. (*Pro Hac Vice*), of the law firm of Morgan, Lewis & Bockius LLP. Removal of Robert W. Servilio from the case service list will not prejudice any of the parties in this matter and will not cause any delay in these proceedings.

//
//
//
//
//
//
//
//
//
//
//
//
//



Accordingly, there is good cause to justify granting this motion to remove Robert W. Servilio, Esq. from the service list in this case.

DATED: March 17, 2025

> DICKINSON WRIGHT PLLC
>
> */s/ Michael N. Feder*
> Michael N. Feder, Esq.
> Nevada Bar No. 7332
> Kevin D. Everage
> Nevada Bar No. 15913
> 3883 Howard Hughes Parkway, Suite 800
> Las Vegas, Nevada 89169
>
> MORGAN, LEWIS & BOCKIUS LLP
>
> */s/ Ali S. Razai*
> Ali S. Razai (*Pro Hac Vice*)
> Benjamin J. Everton (*Pro Hac Vice*)
> MORGAN, LEWIS & BOCKIUS LLP
> 600 Anton Boulevard, Suite 1800
> Costa Mesa, CA 92626-7653
>
> *Attorneys for Plaintiff Hydrafacial LLC f/k/a Edge Systems LLC*

**IT IS SO ORDERED:**

_____
THE HON. DANIEL ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2025

Case No.: 2:24-cv-00855-GMN-DJA



# CERTIFICATE OF SERVICE

I certify that I am an employee of DICKINSON WRIGHT PLLC and that on March 17, 2025, pursuant to Federal Rule of Civil Procedure 5(b), I served a true and correct copy of **PLAINTIFF HYDRAFACIAL LLC'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** on the parties through the Court's CM/ECF e-filing system to the following individual(s):

Lars K. Evensen
lkevensen@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
*Attorney for Defendant Medicreations, LLC*

Steven P. Tepera
Steven.tepera@pillsburylaw.com
PILLSBURY WINTHROP SHAW & PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX  78701
*Attorney for Defendant Medicreations*

Teague L. Donahey
tidonahey@hollandhart.com
HOLLAND & HART LLC
800 West Main Street, Suite 1750
Boise, ID  83702

A*ttorney for Defendant Medicreations, LLC*

/s/ Dianne Kelling
An Employee of Dickinson Wright PLLC

