Lars K. Evensen
Nevada Bar No. 8061
Jenapher Lin
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

Teague I. Donahey (*Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, Idaho 83702
Phone: 208.342.5000
Fax: 208.343.8869
tidonahey@hollandhart.com

Steven Tepera (*Pro Hac Vice*)
Benjamin Bernell (*Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX 78701
Phone: 512.580.9651
Fax: 512.879.9347
steven.tepera@pillsburylaw.com
ben.bernell@pillsburylaw.com

*Attorneys for Defendant Medicreations, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDICREATIONS, LLC, a New York limited liability company,<br><br>Defendant. | Case No.: 2:24-cv-00855-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSES TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

Defendant MEDICREATIONS, LLC ("Medicreations") and Plaintiff HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC ("Hydrafacial"), by and through their respective undersigned counsel of record, the law firms of Holland & Hart LLP and Pillsbury Winthrop Shaw

Pittman LLP and the law firms of Dickinson Wright PLLC and Morgan, Lewis & Bockius LLP, hereby respectfully submit this *Stipulation and Order Extending Deadline to File Responses to Motion for Preliminary Injunction (First Request)* and stipulate and agree to a seven (7)-day extension of the current deadline (from May 27, 2025 to June 3, 2025) for Medicreations to file its response to Hydrafacial's *Motion for Preliminary Injunction*, dated May 13, 2025 (ECF No. 54), which is the first requested extension, as follows:

1. On May 13, 2025, Hydrafacial filed its *Motion for Preliminary Injunction* (the "Motion"; ECF No. 54) and supporting exhibits (ECF Nos. 55–59).

2. Responses to the Motion are currently due by May 27, 2025.

3. Given the nature of the Motion and volume of the exhibits, the Parties have agreed to a reasonable seven (7)-day extension of the current response deadline so as to allow Medicreations adequate time to respond to the issues in the Motion.

4. Accordingly, the Parties hereby stipulate and agree to extend the current deadline for Medicreations to file its response to Hydrafacial's *Motion for Preliminary Injunction* (ECF No. 54) by seven (7) days—from May 27, 2025 to **June 3, 2025**.

/ / /

/ / /

/ / /

/ / /

2

5. This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

DATED this 21st day of May 2025.

| HOLLAND & HART LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| /s/ *Lars K. Evensen* | /s/ *Benjamin J. Everton* |
| Lars K. Evensen<br>Jenapher Lin<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>Teague I. Donahey (*Pro Hac Vice*)<br>HOLLAND & HART LLP<br>800 West Main Street, Suite 1750<br>Boise, Idaho 83702<br><br>Steven Tepera (*Pro Hac Vice*)<br>Benjamin Bernell (*Pro Hac Vice*)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>401 Congress Avenue, Suite 1700<br>*Austin, TX 78701*<br><br>*Attorneys for Defendant Medicreations, LLC* | Ali S. Razai (*Pro Hac Vice*)<br>Benjamin J. Everton (*Pro Hac Vice*)<br>Brandon G. Smith (*Pro Hac Vice*)<br>Christian D. Boettcher (*Pro Hac Vice*)<br>Zachary Messick (*Pro Hac Vice*)<br>600 Anton Boulevard, Suite 1800<br>Costa Mesa, CA 92626-7653<br>Tel: (714) 830-0600<br>Fax: (714) 830.700<br>ali.razai@morganlewis.com<br>ben.everton@morganlewis.com<br>brandon.g.smith@morganlewis.com<br>christian.boettcher@morganlewis.com<br>zachary.messick@morganlewis.com<br><br>Michael N. Feder<br>Nevada Bar No. 7332<br>Kevin D. Everage<br>Nevada Bar No. 15913<br>DICKINSON WRIGHT PLLC<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br>Tel: 702-550-4400<br>Fax: 844-670-6009<br>MFeder@dickinson-wright.com<br>KEverage@dickinson-wright.com<br><br>*Attorneys for Plaintiff Hydrafacial LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   May 21, 2025

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May 2025, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSES TO MOTION FOR PRELIMINARY INJUNCTION (FIRST REQUEST)** was served by the following method(s):

☑   Electronic:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Michael N. Feder
Nevada Bar No. 7332
Kevin D. Everage
Nevada Bar No. 15913
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: 702-550-4400
Fax: 844-670-6009
MFeder@dickinson-wright.com
KEverage@dickinson-wright.com

Ali S. Razai (*Pro Hac Vice*)
Benjamin J. Everton (*Pro Hac Vice*)
Brandon G. Smith (*Pro Hac Vice*)
Christian D. Boettcher (*Pro Hac Vice*)
Zachary Messick (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: (714) 830-0600
Fax: (714) 830.700
ali.razai@morganlewis.com
ben.everton@morganlewis.com
brandon.g.smith@morganlewis.com
christian.boettcher@morganlewis.com
zachary.messick@morganlewis.com

*Attorneys for Plaintiff Hydrafacial LLC*

/s/ Tiffany Pond
An Employee of Holland & Hart LLP

34909615_v2

4