Michael N. Feder
Nev. Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Ste. 800
Las Vegas NV 89169
Telephone: (702) 550-4440
Facsimile: (844) 670-6009
mfeder@dickinson-wright.com

MORGAN, LEWIS & BOCKIUS LLP
Ali S. Razai, Bar No. 246922 *(Pro Hac Vice)*
ali.razai@morganlewis.com
Benjamin J. Everton, Bar No. 259214 *(Pro Hac Vice)*
ben.everton@morganlewis.com
Brandon G. Smith, Bar No. 307676 (*Pro Hac Vice*)
brandon.g.smith@morganlewis.com
Christian D. Boettcher, Bar No. 342950 (*Pro Hac Vice*)
christian.boettcher@morganlewis.com
Zachary Messick, Bar No. 347096 (*Pro Hac Vice*)
zachary.messick@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:    +1.714.830.0600
Fax:    +1.714.830.0700

Attorneys for Plaintiff
HYDRAFACIAL LLC

[Defendant's counsel on following page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MEDICREATIONS LLC, a New York limited liability company, <br><br> Defendant. | Case Number <br> 2:24-cv-00855-MMD-DJA <br><br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Lars K. Evenson, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

Teague I. Donahey (*Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID  83702
Phone: 208.342.5000
Fax: 208.343.8869
tidonahey@hollandhart.com

Steven Tepera (*Pro Hac Vice*)
Benjamin Bernell (*Pro Hac Vice*)
Luke Hartman (*Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 W. 4th Street, Suite 3200
Austin, TX  78701
Phone: 512.580.9651
Fax: 512.879.9347
steven.tepera@pillsburylaw.com
ben.bernell@pillsburylaw.com
luke.hartman@pillsburylaw.com

*Attorneys for Defendant Medicreations, LLC*

Plaintiff Hydrafacial LLC, formerly known as Edge Systems LLC ("Plaintiff") and Defendant Medicreations, LLC ("Defendant") hereby stipulate to dismiss the present action with prejudice pursuant to Fed. R. Civ. P. 41.

The parties filed a Joint Notice of Settlement in Principle and Request to Stay All Dates ("Joint Notice") on January 29, 2026. Dkt. 119.  That same day, the Court stayed all deadlines and directed the parties to file a stipulation for dismissal or a joint status report by March 2, 2026. Dkt. 120. On March 2, 2026, the parties filed a joint status report requesting an additional fourteen (14) days to file a stipulation of dismissal.  Dkt. 122.  That same day, the Court directed the parties to file a stipulation for dismissal or a joint status report by March 16, 2026.  Dkt. 123.  On March 16, 2026, the parties filed a joint status report regarding the settlement agreement, requesting an additional thirty (30) to satisfy conditions precedent and file a stipulation of dismissal.  Dkt. 124.  The parties have now satisfied the conditions precedent.

The parties have resolved their dispute and entered into a settlement agreement. Pursuant to the terms of the settlement agreement, the parties hereby stipulate and agree that all claims, counterclaims, and defenses in this case are dismissed with prejudice with each party agreeing to bear its own costs, attorneys fees, and expenses.

Respectfully submitted,

Dated: April 6, 2026

By:    /s/ Benjamin J. Everton
Michael N. Feder
Nev. Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Ste. 800
Las Vegas NV 89169
Telephone: (702) 550-4440
Facsimile: (844) 670-6009
mfeder@dickinson-wright.com

MORGAN, LEWIS & BOCKIUS LLP
Ali S. Razai *(Pro Hac Vice)*
ali.razai@morganlewis.com
Benjamin J. Everton *(Pro Hac Vice)*
ben.everton@morganlewis.com
Brandon G. Smith *(Pro Hac Vice)*
brandon.g.smith@morganlewis.com

Christian D. Boettcher (*Pro Hac Vice*)
christian.boettcher@morganlewis.com
Zachary Messick (*Pro Hac Vice*)
zachary.messick@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:    +1.714.830.0600
Fax:    +1.714.830.0700

Attorneys for Plaintiff
HYDRAFACIAL LLC

Dated: April 6, 2026             By:    /s/ *Benjamin Bernell* (with permission)

Benjamin Bernell

Steven Tepera (*Pro Hac Vice*)
Benjamin Bernell (*Pro Hac Vice*)
Luke Hartman (*Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX  78701

Lars K. Evenson
Jenapher Lin
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

Teague I. Donahey (*Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID  83702

Attorneys for Defendant Medicreations, LLC

IT IS SO ORDERED

DATED this 7th day of April, 2026.

_____
Miranda M. Du, U.S. District Judge

STIP. FOR DISMISSAL
2:24-cv-00855-MMD-DJA

**<u>CERTIFICATE OF SERVICE</u>**

I am a citizen of the United States of America, and I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, CA 92626.

On April 6, 2026, I served the foregoing document on counsel shown below via ECF:

Lars K. Evensen
lkevensen@hollandhart.com
Jenapher Lin
jlin@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Teague L. Donahey
tidonahey@hollandhart.com
HOLLAND & HART LLC
800 West Main Street, Suite 1750
Boise, ID 83702

Steven P. Tepera
steven.tepera@pillsburylaw.com
Benjamin Bernell
ben.bernell@pillsburylaw.com
Luke Hartman
luke.hartman@pillsburylaw.com
PILLSBURY WINTHROP SHAW &
PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX 78701

*Attorneys for Defendant*
*MEDICREATIONS, LLC*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 6, 2026, at Costa Mesa, California.

_____
Vanessa Green